No. 15, Misc.   JONES *v.* SMYTH, PENITENTIARY SUPER-INTENDENT.   Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court.   Petitioner *pro se.* *A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 12, Misc.   TUNE *v.* SMYTH, PENITENTIARY SUPER-INTENDENT.   Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court to have determined petitioner's allegation that he was not appointed counsel to defend him at his trial.   Petitioner *pro se.*   *A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 50, Misc.   MATEY *v.* ALVIS, WARDEN.   Motion to substitute Beryle C. Sacks in place of R. W. Alvis as the party respondent granted.   Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 77, Misc.   WOFFORD *v.* UNITED STATES.   Motion of *Dyer Justice Taylor* for leave to withdraw appearance as counsel for petitioner granted.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 205, Misc.   GLINTON *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Nancy Carley* for petitioner. *Frank S. Hogan* for respondent.